## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I, THOMAS D. DIXON, JR., of the State of Maryland, have made, constituted and appointed, and by these presents do make, constitute and appoint MARY M. DIXON, of the State of Maryland, my true and lawful attorney-in-fact, to act in, manage, and conduct all of my estate and all my affairs for my use and benefit and in my name, place and stead; and to do and execute as my act and deed, or to concur with persons jointly interested with myself therein, in the doing or execution of, any or all of the following acts, deeds, and things, that is to say:

1. To buy, receive, lease, accept or otherwise acquire; to sell, convey, mortgage, hypothecate, pledge, quit claim, or otherwise encumber or dispose of, or to contract, or agree for the acquisition, disposal or encumbrance of, any property whatsoever and wheresoever situate, be it real, personal or mixed; or any custody, possession, interest, or right therein or pertaining thereto, upon such terms as my said attorney-in-fact shall think proper.

2. To take hold, possess, invest, lease or otherwise manage any or all of my real, personal or mixed property, or any interest therein; to eject, remove, or relieve tenants or other persons from, and recover possession of, such property by all lawful means; and to maintain, protect, preserve, insure, remove, store, transport, repair, rebuild, modify or improve the same or any part thereof.

3. To make, do, and transact all and every kind of business, including the receipt, recovery, collection, payment, compromise, settlement and adjustment of all accounts, legacies, bequests, interests, dividends, annuities, demands; debts, taxes, and obligations, which may now or hereafter be due, owing or payable by or to me.

4. To make, endorse, accept, receive, sign, seal, execute, acknowledge, and deliver deeds, assignments, agreements, certificates, hypothecations, checks, notes, bonds, vouchers, receipts, and such other instruments in writing of whatever kind and nature as may be necessary, convenient or proper in the premises.

5. To retain, acquire, invest in, manage, operate, terminate and dispose of any interest in any business, alone or with others, and/or to use in the operation and development thereof additional property and to employ any person or persons for such purposes.

6. To organize, alone or with others, corporations, limited or general partnerships, joint ventures, land trusts and other business or property holding organizations under the laws of any jurisdiction; to transfer to any such organizations any property in return for evidences of interests in or obligations of any such organization; to lease, sell, purchase, or otherwise transfer property to or from, to make further investments in or advance of loan funds to, or incur obligations on account of or for the benefit of any such organization.

7. To appoint or employ, with or without compensation, any accountants, attorneys at law, investment counsel, agents, servants or other persons, including their agents and associates, and to dismiss or discharge the same and to appoint or employ any others in their stead, as my true and lawful attorneys-in-fact, to appear and represent me as to all matters covered by this power of attorney, or for any other purpose, including, but not limited to, appearances before the Treasury Department of the United States, the Tax Court of the United States, the United States Court of Claims, or any other Court of the United States or the District of Columbia, or any state, municipal or foreign court, and any department or official of the United States government or any state, municipal or foreign government; with full power and authority to such agents and attorneys to do any and all acts convenient, appropriate, requisite or needful to be done in connection with such matters, including the specific acts hereinabove described, and to substitute attorneys and agents subsequent to the date of such appointment and prior to any revocation thereof, and to delegate and revoke the authority so granted to them.

8. To execute, acknowledge and deliver instruments and documents in writing of every kind or character upon such terms and containing such provisions, as my said attorney-in-fact shall determine in the performance of the matters hereinabove set forth or in the performance of any other matter my said attorney-in-fact shall deem proper.

9. To deposit and withdraw for the purposes hereof, in the name of my attorney-in-fact or my name, in or from any banking institution, any funds, negotiable paper or monies which may come into my the hands of my attorney-in-fact as such attorney-in-fact, or which I now or hereafter may have on deposit or be entitled to.

10. To receive, endorse, and collect checks covering interest on United States Savings Bonds and all other types of obligations of the United States, and to sell, redeem, assign, or otherwise dispose of all of my United States Savings Bonds or other types of obligations of the United States upon such terms as my said attorney-in-fact shall think proper.

11. To open and enter any safety deposit box held in my name by any bank or trust company in my place and stead and to remove therefrom, or to place therein, from time to time, any papers, bonds, securities or other property, and to review, terminate or otherwise alter the contract of rental of said safety deposit box upon such terms and in such manner as my attorney-in-fact may think best, and to rent other or substitute safety deposit boxes which shall be subject to like entry hereunder.

12. To institute, prosecute, defend, compromise, arbitrate and dispose of legal, equitable or administrative hearings, actions, suits, attachments, distresses, or other proceedings, or otherwise engage in litigation in conjunction with same.

13. To act as my attorney-in-fact or proxy in respect to any stocks, shares, bonds, or other investments, rights or interests I may now or hereafter hold.

0022068 577

14. To prepare, execute, and file on my behalf any and all federal, state, local and foreign income, gift and other tax returns or governmental reports, applications, requests and documents; to represent me in connection with any and all federal, state, local or foreign tax matters and with respect thereto to make and execute protests, agreements, waivers, compromises, claims of refund, over-assessment and the like relating to any such taxes; and to exercise, in the discretion of my attorney-in-fact, any election, option or other power, right or privilege which I, myself could have exercised under, or arising with respect to the United States Internal Revenue Code and revenue laws of any country, state, territory or locality, as any such laws are from time to time amended or altered; to join or not join with my spouse or my spouse's estate in filing income or give tax returns and to consent or not consent to any gifts made by my spouse as being made one-half by me for gift tax purposes; to pay an taxes and interest thereon which I may properly owe or which may be assessed against me; to contest the validity of any proposed assessments; and for the foregoing purposes to execute a General Power of Attorney and Declaration of Representatives (IRS Form 2848) or comparable power of attorney designating my attorney-in-fact or any other person as attorney-in-fact for any of the foregoing purposes.

15. To act as my representative payee with the Social Security Administration or other governmental agency.

16. To obtain, extend, increase or decrease insurance on my life or on the life of anyone to whom I have an insurable interest or on any of my property; to sign, execute or endorse in my place and stead on my behalf any and all forms or instruments in connection with any such insurance policies as fully as I could do including the power to cash, surrender, borrow against, hypothecate, pledge, assign or transfer any and all such policies, including any and all of my right, title and interest therein; and to demand and receive possession of the said policies or any of them and file, institute, commence and fully prosecute, or compromise or settle any and all claims, interest, equity or demand which I may have therein, in my name as fully as I could.

17. To purchase medical insurance and pay premiums required for me or any other person whom I am obligated to support for any reason; and to generally pursue any insurance claims of any nature and carry insurance of any kind and in any amounts as my attorney-in-fact shall deem appropriate to protect my estate and my family against any hazard or to protect me and my estate from any liability.

18. To deal with any retirement plan, including creating and contributing to an Individual Retirement Account or an employee benefit plan for my benefit; to select or change payment options, to change beneficiary designations, and to, "roll-over" all plan benefits; and to consent or waive consent in connection with the designation of beneficiaries and joint and survivor annuities under any employee benefit plan.

19. To make advance arrangements for my funeral, including the purchase of a burial plot for the members of my family and me and a marker for my grave.

20. To disclaim, renounce, convey or release on my behalf any property interest, real or personal, including (without limitation) marital property rights, life estates, any rights of survivorship incident to joint tenancy or tenancy by the entirety, and any bequest, beneficial trust interest or other fiduciary estate.

21. To retain such accountants, attorneys, consultants, employees, or other such persons as my agent shall deem appropriate in connection with the management of my property and affairs and to make payments from my assets for the charges of such persons so employed.

22. Make a gift to or for the benefit of any individual from my property outright, or under the applicable Uniform Gifts to Minors Act or Uniform Transfer to Minors Act or in trust, if

   a) the gift qualifies for, and is within, the annual exclusion allowed under gift tax laws, and

   b) (i) the gift is consistent with my established pattern of giving, or (ii) my death is likely to occur within a year (as determined by any Agent), the gift will reduce federal estate tax on my estate and is made to one or more of my descendants or the spouses of my descendants.

23. GIVING AND GRANTING unto my said attorney-in-fact full power and authority to do and perform all and every act, deed, matter, and thing whatsoever in and about my estate, property, and affairs as fully and effectually to all intents and purposes as I might or could do in my own proper person if personally present, the above specially enumerated powers being in aid and exemplification of the full, complete, and general power herein granted and not in limitation or definition thereof; and hereby ratifying all that my said attorney-in-fact shall lawfully do or cause to be done by virtue of these presents.

24. In the event of the death or incapacity of A.I.F., or if s/he explicitly renounces her right to serve as attorney hereunder, in writing, I hereby appoint ALTERNATE, as successor attorney-in-fact hereunder, and I hereby confer upon ALTERNATE all rights and powers originally conferred upon A.I.F.

25. This Power of Attorney shall not be affected in the event that I might subsequently become a person under disability.

26. I request that no guardianship proceeding for my person or property be commenced in the event of my disability. If for any reason such proceeding becomes necessary or advisable, I direct that my attorney-in-fact hereunder shall serve as such guardian.

27. I hereby revoke any and all general powers of attorney previously executed by me. However, I do not intend by this instrument to modify or terminate any special,

restricted or Limited power of attorney I previously may have granted in connection with any banking, borrowing, stock or commercial transaction.

AND I hereby declare that any act or thing lawfully done hereunder by my said attorney-in-fact shall be binding on myself, my heirs, legatees, personal representatives, and assigns.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 12 day of May, 2005.

WITNESS:

_____        _____ (SEAL)
                                       THOMAS D. DIXON, JR.

STATE OF MARYLAND, CITY/COUNTY OF Baltimore, to wit:

I HEREBY CERTIFY, that on this 12th day of May, 2005, before me, the subscriber, a Notary Public of the State aforesaid, personally appeared THOMAS D. DIXON, JR., and he acknowledged that he executed the foregoing Power of Attorney as his voluntary act and deed for the purposes above stated, and in my presence signed, sealed, and acknowledged the same.

AS WITNESS my hand and Notarial Seal.

_____
NOTARY PUBLIC

[Notary Seal: HEATHER NACE, NOTARY PUBLIC, BALTIMORE COUNTY, MD, MY COMMISSION EXPIRES 1/9/08]

My Commission Expires: 1/9/08

```
RECORDING FEE      20.00
TOTAL              20.00
Rec# BA05    Rcpt # 76296
SH    LL    BOK # 2461
Jun 21, 2005       12:49 PM
```