TRANSMITTAL SHEET
(Notice of Appellate Action)

| X Notice of Filing<br>☐ Cross Appeal<br>  Interlocutory Appeal (s)<br>☐ Additional NOA<br>☐ Corrected Amended NOA<br>☐ Transmittal of Record<br>☐ Transmittal of Certificate<br>☐ Supplement to ROA<br>☐ Supplemental Certificate<br>☐ Other _____ | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br>AT BALTIMORE<br><br>Caption:<br>Thomas D. Dixon<br>     v.<br>United States of America | District Court Case No. MJG00-cr-0563 & MJG08-cv-442<br>4 CCA Case No.<br>Consolidated with No.<br><br>Case Manager: |
|---|---|---|

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| 1. NOA filed: 08/14/08 | 4. Fees<br>         _ no fee required (IFP)<br>$5 filing fee:           paid    x unpaid<br>$250 docketing fee:      paid   x unpaid |
|---|---|
| 2. Amended NOA filed: | Pauper status:    ☐ granted  ☐ denied   ☐ pending in District Court<br>Does PLRA apply?     ☐ yes  ☐ no    ☐ 3 strikes?     ☐ yes  ☐ no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
| 3. District Judge: Marvin J. Garbis | 5. Materials Under Seal in District Court?    yes    x  no<br><br>   Party Names Under Seal in District Court?    ☐ yes    X  no |
| 6. Official Court Reporter(s)<br>   Shaulis<br>   Sovich<br><br>_Coordinator(s):_<br>Nadine Mercer | 7. _Transcript_____<br><br>   ___In-Court Hearing Held?___      X  yes    __ no<br><br>8. Criminal/Prisoner Cases<br><br>☐ recalcitrant witness        Defendant's Address:<br>☐ on death row<br>☐ in custody<br>☐ on bond<br>☐ on probation |

**Part II**      TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT # _____ |
|---|---|
| Pleadings:       Vols. _____<br>Transcript:      Vols. _____<br>Exhibits:        Vols. _____<br>Depositions:     Vols. _____<br>State Ct. Record: Vols. _____<br>Sealed:          Vols. _____<br>No. of Boxes     _____ | Pleadings:       Vols. _____<br>Transcript:      Vols. _____<br>Exhibits:        Vols. _____<br>Depositions:     Vols. _____<br>State Ct. Record: Vols. _____<br>Sealed:          Vols. _____<br>No. of Boxes     _____ |

Deputy Clerk: Nadine Mercer          Phone:   (410) 962-3986          Date: 08/21/08